UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: __Amy Nixon__    Chapter 13 # __09-19877-FJB__

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

( )    1. Debtor has failed to make the first plan payment as required by 11 U.S.C. §1326(a)(1).

(✓)    2. Debtor has failed to provide the following documents:

( ) INSURANCE BINDER                         ( ) EVIDENCE OF PROPERTY VALUE
(✓) EVIDENCE OF CURRENT INCOME               ( ) RECORDED HOMESTEAD / DEED
( ) MOST RECENT TAX RETURN                   (✓) 60 DAYS OF PAY ADVICES

(✓) AMENDED SCHEDULES __C - none filed__

( ) OTHER _____

( ) _____

( )    3. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows:

_____

( )    4. OTHER: _____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty (20) days of the date this motion is filed with the Court**. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

/s/ Pat
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing delivered by hand to the above referenced debtor(s) and to Debtor's counsel __Richard Rogosen__
Dated __11 / 23 / 09__

/s/ Pat
Carolyn A. Bankowski
Patricia A. Remer