U.S. Bankruptcy Court
District of Massachusetts

In Re:    Case No: 09-19877 FJB
Chapter: 13

Amy C. Nixon

Debtor

Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of November 13, 2009, and the Debtor having failed to file timely the Chapter 13 Agreement, Exhibit D, and Evidence of Current and Sufficient Liability Insurance, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: 12/3/2009

_____
Bankruptcy Judge

cc:    Amy C. Nixon, Debtor
Richard Rogerson, Debtor's counsel
Carolyn Bankowski, Chapter 13 Trustee