**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:<br>NIXON, Amy C.<br>SSN: xxx-xx-8337<br>　　　　　　　　Debtor | Chapter 13<br>Case No. 09-19877-FJB |
|---|---|

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

　　　　Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. On November 23, 2009, the Trustee convened the §341 meeting of creditors at which the Debtor was present with counsel.

2. On November 20, 2009, the Debtor filed a Chapter 13 Plan.

3. According to the B22C Form, the Debtor has $133.36 available each month towards unsecured claims, which would provide for a total of $8,001.60 to be paid towards general unsecured claims. However, the Debtor's Plan only proposes to pay the sum of $1,005.00 towards the general unsecured claims. If the Debtor was to devote all projected disposable income for a period of 60 months, the dividend to the holders of general unsecured claims would greatly increase.

4. The Debtor's proposed plan cannot be confirmed, as the Plan does not meet the best efforts test of 11 U.S.C. §1325 (b)(1)(B).

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated: December 17, 2009

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Carolyn Bankowski
　　　　　　　　　　　　　　　　　　　　Carolyn Bankowski, BBO#631056
　　　　　　　　　　　　　　　　　　　　Patricia A. Remer, BBO#639594
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　PO Box 8250
　　　　　　　　　　　　　　　　　　　　Boston, MA  02114
　　　　　　　　　　　　　　　　　　　　(617) 723-1313
　　　　　　　　　　　　　　　　　　　　13trustee@ch13boston.com

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**

In re:
NIXON, Amy C.
SSN: xxx-xx-8337
                Debtor

Chapter 13
Case No. 09-19877-FJB

## Certificate of Service

The undersigned hereby certifies that a copy of the Trustee's Objection to Confirmation of Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

| | |
|---|---|
| Amy Nixon | Richard Rogerson, Esq. |
| 35 Maitland Avenue, #2 | 11 Beacon Street, Ste 625 |
| Randolph, MA 02368 | Boston, MA 02108 |

Date: December 17, 2009

/s/ Carolyn Bankowski

EM