**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>NIXON, Amy C.<br>SSN: xxx-xx-8337<br>            Debtor | Chapter 13<br>Case No. 09-19877-FJB |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Amended Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. On November 23, 2009, the Trustee convened the §341 meeting of creditors at which the Debtor was present with counsel.

2. On January 26, 2010, the Debtor filed a Chapter 13 Plan.

3. According to the Amended B22C Form filed January 26, 2010, the Debtor has $140.36 available each month towards unsecured claims, which would provide for a total of $8,421.60 to be paid towards general unsecured claims. However, the Debtor's Plan only proposes to pay the sum of $4,019.00 towards the general unsecured claims. If the Debtor was to devote all projected disposable income for a period of 60 months, the dividend to the holders of general unsecured claims would greatly increase.

4. The Debtor's proposed plan cannot be confirmed, as the Plan does not meet the best efforts test of 11 U.S.C. §1325 (b)(1)(B).

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated: February 22, 2010

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114
(617) 723-1313
**13trustee@ch13boston.com**

EM

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re:<br>NIXON, Amy C.<br>SSN: xxx-xx-8337<br>Debtor | Chapter 13<br>Case No. 09-19877-FJB |
|---|---|

## Certificate of Service

    The undersigned hereby certifies that a copy of the Trustee's Objection to Confirmation of Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

Amy Nixon                                      Richard Rogerson, Esq.
35 Maitland Avenue, #2                         11 Beacon Street, Ste 625
Randolph, MA 02368                             Boston, MA 02108

Date:  February 22, 2010

                                                 /s/ Carolyn Bankowski

EM