**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>NIXON, Amy C.<br>SSN: xxx-xx-8337<br><br>               Debtor | Chapter 13<br>Case No. 09-19877-FJB |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Amended Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. On November 23, 2009, the Trustee convened the §341 meeting of creditors at which the Debtor was present with counsel.

2. The Debtor filed a Plan on June 7, 2010. The Trustee is unable to recommend the Plan for confirmation at this time.

3. The Debtor's Plan proposes a Plan payment of $287.00 per month for a term of 60 months. According to the Debtor's Schedule I and Amended Schedule J, the Debtor has $173.00 in monthly disposable income which is not sufficient income to fund the Plan.

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated: July 2, 2010

                                          Respectfully submitted,

                                          By: /s/ Carolyn Bankowski
                                          Carolyn Bankowski, BBO#631056
                                          Patricia A. Remer, BBO#639594
                                          Standing Chapter 13 Trustee
                                          Office of the Chapter 13 Trustee
                                          PO Box 8250
                                          Boston, MA  02114
                                          (617) 723-1313
                                          **13trustee@ch13boston.com**

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>NIXON, Amy C.<br>SSN: xxx-xx-8337<br><br>                              Debtor | Chapter 13<br>Case No. 09-19877-FJB |

### Certificate of Service

      The undersigned hereby certifies that a copy of the Trustee's Objection to Confirmation of Debtor's Amended Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

| | |
|---|---|
| Amy Nixon<br>35 Maitland Avenue, #2<br>Randolph, MA 02368 | Richard Rogerson, Esq.<br>11 Beacon Street, Ste 625<br>Boston, MA 02108 |

Date:  July 2, 2010

                                               /s/ Carolyn Bankowski

EM