UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

In re:
    NIXON, Amy C.                                         Chapter 13
    SS# xxx xx 8337                           Case # 09-19877-FJB
                        Debtor(s)

_____

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE FOR FAILURE TO MAKE PAYMENTS
<u>NOTICE OF BAR DATE OBJECTIONS/RESPONSES</u>

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1.    On October 16, 2009, the above-captioned Debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.    On November 23, 2009, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C §341.

3.    The Trustee is unable to recommend the Debtors' plan for confirmation at this time.

4.    The Debtors are in arrears according to the terms of the plan totaling $1,578.00 which is equal to 7.2 month(s) of plan payments.  This amount does not include the current month and may increase prior to hearing.  Failure to make timely payments is grounds for dismissal pursuant to 11 U.S.C §1307.

   WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: <u>/s/ Carolyn Bankowski</u>
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
<u>13trustee@ch13boston.com</u>
Dated: <u> November 1, 2010</u>

EM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
    NIXON, Amy C.                                   Chapter 13
    SS# xxx xx 8337                              Case # 09-19877-FJB
                      Debtor(s)

## ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

                                                      U.S. Bankruptcy Judge

EM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
   NIXON, Amy C.                                 Chapter 13
   SS# xxx xx  8337                          Case # 09-19877-FJB
                     Debtor(s)

## NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: November 1, 2010

/s/ Carolyn Bankowski

## SERVICE LIST

Amy Nixon                                        Richard Rogerson, Esq.
35 Maitland Avenue, Apt 2             11 Beacon Street, Ste 625
Randolph, MA 02368                    Boston, MA 02108

EM