UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>Amy Nixon<br>          Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 09-19877 |

### DEBTOR'S MOTION TO REINSTATE

The Debtor, Amy Nixon hereby moves the Court to Reconsider its order dismissing her Chapter 13 Bankruptcy Case, and have her Chapter 13 Bankruptcy Case Reinstated. As grounds therefor, the Debtor state as follows:

1. On October 16, 2009, the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code, Title 11, United States Code.

2. The Debtor was Ordered become current to her Chapter 13 Trustee Payment and for counsel to provide an affidavit stating such, on or before December 16, 2010 .

3. On December 23, 2010, Debtor's Counsel received electronically a notice of dismissal of case for failure to file the document.

4. The Debtors counsel states that upon information and belief the Debtor tendered payments in the amount of $919.00 to the Chapter 13 Trustee on or about January 3, 2011. Upon information and belief the Debtor is now current on her payments

WHEREFORE, the Debtor respectfully request this court approve the Debtor's Motion to Reconsider the Dismissal of his Case and any additional remedy in law or equity that this Court deems proper.

                                                Amy Nixon, Debtor

                                                By her attorney,

Date: 5/6/11

                                                /s// Richard A. Rogerson
                                                _____
                                                Richard A. Rogerson, Esq., BBO #643395
                                                Law Offices of Richard A. Rogerson
                                                Eleven Beacon Street
                                                Suite 625
                                                Boston, MA 02108
                                                (617) 720-5990

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>Amy Nixon<br>                Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 09-19877 |

**CERTIFICATE OF SERVICE**

I, Richard A. Rogerson, Esq., hereby certify that I have this day served a copy of the following papers and pleadings, upon the persons listed below, by first-class mail, postage paid and/ or electronically.

➢ Debtor's Motion to Reconsider Case

                                              /s// Richard A. Rogerson

Date: 5/6/11                                  _____
                                              Richard A. Rogerson (BBO #643395)
                                              Law Offices of Richard A. Rogerson
                                              Eleven Beacon Street
                                              Suite 625
                                              Boston, MA 02108
                                              (617) 720-5990

 Chapter 13 Trustee           Electronically

```
Bank of America
PO Box 1758
Newark, NJ 07101

Barclays
701 Corporate Center Drive
Raleigh, NC 27607

Bay State Gas
2025 Roosevelt Avenue
PO Box 2025
Springfield, MA 01102

Capital One
PO Box 85147
Richmond, VA 23276

Exxon Mobile
```

```
PO Box 4555
Carol Stream, IL 60197


Home Depot
Processing Center
Des Moines, IA 50364

HSBC
PO Box 15524
Wilmington, DE 19850

Kohls
PO Box  2983
Milwaukee, WI 53201

Lowes
PO Box 103065
Roswell, GA 30076


National Grid
Customer Service
PO Box 960
Northborough, MA 01532


Sears
PO Box 182149
Columbus, OH 43218

Sovereign Bank
PO Box 16255
Reading, PA 19612

Target
PO Box 59231
Minneapolis, MN 55459

Verizon New England
PO Box 165018
Columbus, OH 43216

Walmart
PO Box 960023
Orlando, FL 32896
```