UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Amy C Nixon

Case/AP Number 09-19877 -FJB
Chapter 13

#189   Motion filed by Debtor Amy C Nixon to Reconsider (Re: [183] Motion to Reinstate Case) (Weiss, Richard)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice      _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Chapter 13 Trustee having filed a Notice of No Objection [Doc. 190], the Court's order dated December 22, 2010 [Doc. 166] is vacated and this case is hereby reinstated.

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 02/10/2011
Frank J. Bailey
United States Bankruptcy Judge