UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br>Amy Nixon,<br>　　　　Debtor | )<br>)  IN PROCEEDINGS UNDER<br>)  CHAPTER 13<br>)  CASE NO. 09-19877<br>) |

## RENEWAL MOTION TO CONFIRM PLAN

　　　NOW COMES Amy Nixon in the above-captioned matter and respectfully requests that this Court look at the last Chapter 13 Plan (the Seventh Amended Plan) and approve same, if appropriate.

　　　As reason for this Motion, debtor states the focus of this case has been on Ms. Nixon funding a plan and staying appropriately up-to-date.  This has been accomplished and Debtor suggests that if appropriate her Chapter 13 Plan should be approved.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted:
　　　　　　　　　　　　　　　　　　　　　AMY NIXON, Debtor
　　　　　　　　　　　　　　　　　　　　　By her Attorney,


　　　　　　　　　　　　　　　　　　　　　/s/ Richard S. Weiss
　　　　　　　　　　　　　　　　　　　　　Richard S. Weiss; BBO# 521300
　　　　　　　　　　　　　　　　　　　　　Law Office of Richard S. Weiss
Dated: 3/1/2011　　　　　　　　　　　　　15 Court Square, Ste. 1000
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　617-742-2900
　　　　　　　　　　　　　　　　　　　　　rweiss49@yahoo.com