UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Amy C Nixon

Case/AP Number 09-19877 -FJB
Chapter 13

#195 Renewal Motion to Confirm Plan filed by Debtor Amy C Nixon RE: [157] Seventh Amended Chapter 13 Plan. (Weiss, Richard) CORRECTIVE ENTRY: Linkage created to document #157. Modified on 3/1/2011 (chy, USBC).

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This case is hereby dismissed with prejudice as the Debtor has failed to comply with the Court's order dated March 9, 2011 [Doc. 198].

IT IS SO ORDERED:

_____ Dated: 03/18/2011
Frank J. Bailey
United States Bankruptcy Judge