UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br>Amy Nixon,<br>　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 09-19877 |

## MOTION TO REINSTATE CASE AND
## RENEWAL MOTION TO CONFIRM PLAN

NOW COMES Attorney Richard Weiss, as present attorney for the Debtor Amy Nixon, and respectfully asks this Court to reinstate the Chapter 13 Plan of Debtor Amy Nixon.

As reason for this request, Attorney Richard Weiss takes full responsibility for ignoring the March 3, 2011 Plan as demanded by this Court.

As reason for this request, Attorney Richard Weiss states that he is in a state of transition, wherein his long-time Paralegal has left him, but nevertheless does fully understand it is his obligation to review all his emails, which he does not do that religiously.

In fact, Attorney Weiss did not learn of the Dismissal until the document was served upon the Debtor Amy Nixon.

Attorney Weiss calls upon the Court's discretion to allow the Chapter 13 Plan to be reinstated.  However, Attorney Weiss brings to the Court's attention the following facts:

1) That, in general, Attorney Weiss is quite up-to-date and does address all issues that he is aware of in a timely fashion.
2) That it was Attorney Weiss' intervention that reinstated this case for Amy Nixon from her previous attorney and further had to do several motions for reconsideration in order to reinstate case.

3) That Attorney Weiss was instrumental in coordinating payments to the Bankruptcy Court so that now, not only are all back payments paid, but Amy Nixon is now current and up-to-date in her monthly payments.
4) That it would be ironic that the reason this matters stays dismissed is that Attorney Weiss was just attempting to bring to the Court's attention the renewal of the last Chapter 13 Plan so as to tidy up all loose ends.
5) Attorney Weiss points out that the main thrust of the Plan and corresponding problems are addressed in that the main purpose of the plan is to receive payments, and that is now being accomplished by the Debtor, Amy Nixon.
6) That Attorney Weiss points out to the Court there does not seem to be any harm that would befall any of the creditors or any other parties in interest for the delay and not properly responding to the Court's Order of March 3, 2011.

Respectfully submitted:
Amy Nixon, Debtor
By her Attorney:

/s/ Richard S. Weiss
Richard S. Weiss; BBO# 521300
Law Office of Richard S. Weiss
15 Court Square, Ste. 1000
Boston, MA 02108
Date: 3/25/2011                 617-742-2900
rweiss49@yahoo.com

## **CERTIFICATE OF SERVICE**

      I, Richard S. Weiss, Counsel for the Debtor hereby certify that on this 25th day of March, 2011, I served a true and accurate copy of this present *Motion to Reinstate Case* and a new copy of the *Renewal Motion to Confirm Plan* by electronic filing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System to Chapter 13 Trustee Carolyn Bankowski and US Trustee John Fitzgerald, Office of the US Trustee. As well as the following by either electronic filing or first class mail, postage prepaid:

| | |
|---|---|
| Bank of America<br>P.O. Box 1758<br>Newark, NJ 07101 | Barclays<br>701 Corporate Center Drive<br>Raleigh, NC 27607 |
| Bay State Gas<br>2025 Roosevelt Avenue<br>P.O. Box 2025<br>Springfield, MA 01102 | Candica, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 |
| Capital One<br>P.O. Box 85147<br>Richmond, VA 23276 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| CR Evergreen, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | Exxon Mobile<br>P.O. Box 4555<br>Carol Stream, IL 60197 |
| Home Depot<br>Processing Center<br>Des Moines, IA 50364 | HSBC<br>P.O. Box 15524<br>Wilmington, DE 19850 |
| Kohls<br>P.O. Box 2983<br>Milwaukee, WI 53201 | Lowes<br>P.O. Box 103065<br>Roswell, GA 30076 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Massachusetts Housing Finance Agency<br>1 Beacon Street<br>Boston, MA 02108-3110 |

| | |
|---|---|
| Shawn Masterson<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860-4847 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| Paul J. Mulligan<br>Orlans Moran PLLC<br>P.O. Box 962169<br>45 School Street<br>Boston, MA 02108-3206 | National Grid<br>Customer Service<br>P.O. Box 960<br>Northborough, MA 01532 |
| National Grid<br>300 Erie Boulevard, West<br>Syracuse, NY 13202-4250 | Richard S. Ralston<br>Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 |
| Richard Rogerson<br>11 Beacon St Suite 625<br>Boston, MA 02108 | Sears<br>P.O. Box 182149<br>Columbus, OH 43218 |
| Sovereign Bank<br>601 Penn Street<br>10-6438-CC7<br>Reading, PA 19601-3544 | Sovereign Bank<br>P.O. Box 16255<br>Reading, PA 19612 |
| Target<br>P.O. Box 59231<br>Minneapolis, MN 55459 | Target National Bank<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 |
| Verizon New England<br>P.O. Box 165018<br>Columbus, OH 43216 | Walmart<br>P.O. Box 960023<br>Orlando, FL 32896 |

Signed and Certified:

/s/ Richard S. Weiss
Richard S. Weiss; BBO# 521300
Law Office of Richard S. Weiss
15 Court Square, Ste. 1000
Boston, MA 02108
617-742-2900
rweiss49@yahoo.com