**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Amy C Nixon<br>          Debtor, | Chapter: 13<br>Case No: 09–19877<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Case** was entered on 3/18/11 .

Date:4/15/11                                By the Court,

                                            Cynthia Young
                                            Deputy Clerk
                                            617–748–5343

                                                                                205