## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:              )<br>Amy Nixon,         )<br>        Debtor   )<br>                    ) | IN PROCEEDINGS UNDER<br>CHAPTER 13<br>CASE NO. 09-19877 |

## REPORT OF PAYMENT PURSUANT TO COURT ORDER
## DATED APRIL 11, 2011

I, Richard S. Weiss, hereby certify that, pursuant to the Court order dated April 11, 2011, I have sent payment in the amount of One Thousand Dollars ($1,000) to the Debtor Amy Nixon this 22nd day of April, 2011.

Signed and Certified:

/s/ Richard S. Weiss
Richard S. Weiss; BBO# 521300
Law Office of Richard S. Weiss
15 Court Square, Ste. 1000
Boston, MA 02108
617-742-2900
rweiss49@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:                                         ) | IN PROCEEDINGS UNDER |
| Amy Nixon,                                ) | CHAPTER 13 |
|             Debtor                         ) | CASE NO. 09-19877 |
|                                                ) |  |

### CERTIFICATE OF SERVICE

I, Richard S. Weiss, Counsel for the Debtor hereby certify that on this 22nd day of April, 2011, I served a true and accurate copy of this present *Report of Payment Pursuant to Court Order Dated April 11, 2011* by electronic filing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System to Chapter 13 Trustee Carolyn Bankowski and US Trustee John Fitzgerald, Office of the US Trustee.

Signed and Certified:

/s/ Richard S. Weiss
Richard S. Weiss; BBO# 521300
Law Office of Richard S. Weiss
15 Court Square, Ste. 1000
Boston, MA 02108
617-742-2900
rweiss49@yahoo.com